UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELLEN M. Mc CRACKEN *et al.*,

              Plaintiffs,

        v.

BEVERL ENTERPRISES INC. *et al.*,

              Defendants.

Case No.  C07-5289JKA

ORDER GRANTING I.F.P.
APPLICATIONS

      Plaintiff's application for leave to proceed *in forma pauperis* (Docs. 2) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      The Clerk is directed to mail a copy of this Order to plaintiff.

      DATED this 14 day of June, 2007.


                     */S/ J. Kelley Arnold*
                     J. Kelley Arnold
                     United States Magistrate Judge

ORDER
Page - 1

Dockets.Justia.com