# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELLEN M. McCRACKEN, et al.　　　　　　　JUDGMENT IN A CIVIL CASE

　　　v.

BEFERLY ENTERPRISES, INC., et al.　　　　CASE NUMBER: C07-5289RJB

\_\_\_\_　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　　**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　The Request for Assignment of Legal Counsel, Dkt #6, is DENIED. The motion for service to be made by the court, Dkt #7, is DENIED. This case is DISMISSED.

July 12, 2007　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/Dara L. Kaleel
　　　　　　　　　　　　　　　　　　　　　　　　　　By Dara L. Kaleel, Deputy Clerk